# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated,*<br>    Plaintiff,<br><br>v.<br><br>Healthcare HD LLC,<br><br>    Defendant. | CASE NO.: 1:25-cv-02756-AT |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Having considered the Consent Motion to Extend Time to Respond to Complaint and for good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED**, that Defendant Healthcare HD LLC will have until July 16, 2025, to respond to the Complaint.

**SO ORDERED** this ___ day of June 2025.

_____
The Honorable Amy Totenberg
Judge, Northern District of Georgia