IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Robert Lewis Jr.**, *on behalf of himself and others similarly situated*,<br>　　Plaintiff,<br><br>v.<br><br>**Healthcare HD LLC**,<br><br>　　Defendant. | CASE NO.: 1:25-cv-02756-AT |

### ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Having considered the Consent Motion to Extend Time to Respond to Complaint and for good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED**, that Defendant Healthcare HD LLC will have until July 16, 2025, to respond to the Complaint.

**SO ORDERED** this 13th day of June, 2025.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**