UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated*, | ) ) ) | Civil Action No.: 25-cv-2756 |
| Plaintiff, | ) ) ) | Class Action Complaint |
| v. | ) ) ) | Jury Trial Demanded |
| Healthcare HD LLC | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN AND SERVE INITIAL DISCLOSURES**

Plaintiff Robert Lewis Jr. ("Plaintiff") and Defendant Healthcare HD LLC ("Defendant"), by and through undersigned counsel, hereby submit this Joint Motion for Extension of Time. The parties have reviewed the Federal Rules of Civil Procedure and the Northern District of Georgia Civil Local Rules. In accordance with those rules, the parties conducted a 26(f) conference on August 6, 2025. Following that conference, the parties have continued to exchange information that may alleviate the need for discovery to commence in this case, including information about other litigation involving similar parties. In order for the parties to efficiently continue dispute resolution discussions, the parties are requesting a 21-day extension of time to submit the Joint Preliminary Report and Discovery Plan, serve their Initial Disclosures, and open discovery. A proposed order is attached.

Respectfully submitted in this 18th day of August, 2025

/s/ Anthony I. Paronich
Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

**WATSTEIN TEREPKA LLP**

/s/ Ryan D. Watstein
Ryan D. Watstein
Georgia Bar No. 266019
Megan E. Cambre
Georgia Bar No. 167133
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel. (404) 782-0695
ryan@wtlaw.com
mcambre@wtlaw.com

*Counsel for Defendant Healthcare HD LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of August 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Healthcare HD LLC <br><br> Defendant. | Civil Action No.: 25-cv-2756 <br><br> Class Action Complaint <br><br> Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

This matter came before this Court upon the parties' Joint Motion for Extension of Time to Submit 26(f) Report. Having reviewed the Motion, being fully advised on the matter, and for good cause shown, THE COURT HEREBY ORDERS that the Motion is GRANTED. The parties' deadline to submit the Joint Preliminary Report and Discovery Plan and serve Initial Disclosures is hereby extended up to and including September 8, 2025.

IT IS SO ORDERED.

DATED this ____ day of August 2025.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE