**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated,* | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 25-cv-2756 |
| v. | ) ) | |
| Healthcare HD LLC | ) ) | Class Action Complaint |
| Defendant. | ) ) ) | Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

This matter came before this Court upon the parties' Joint Motion for Extension of Time to Submit 26(f) Report. Having reviewed the Motion, being fully advised on the matter, and for good cause shown, **THE COURT HEREBY ORDERS** that the Motion is **GRANTED**. The parties' deadline to submit the Joint Preliminary Report and Discovery Plan and serve Initial Disclosures is hereby extended up to and including September 8, 2025.

**IT IS SO ORDERED** this 19th day of August 2025.

AMY TOTENBERG
**UNITED STATES DISTRICT JUDGE**