# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated,*<br>    **Plaintiff,**<br><br>v.<br><br>**Healthcare HD LLC,**<br><br>    **Defendant.** | **CASE NO.: 1:25-cv-02756-AT** |

## DEFENDANT HEALTHCARE HD LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Healthcare HD LLC files this Certificate of Interested Persons and Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1 and Local Rule 3.3.

1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. **For Plaintiff**: Plaintiff Robert Lewis Jr.; and

    b. **For Defendant**: Defendant Healthcare HD LLC.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest that could be substantially affected by the outcome of this case:

**For Defendant**: None known at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a. **For Plaintiff**: Robert Lewis Jr.: Valerie Chinn of Chinn Law Firm, LLC and Anthony I. Paronich of Paronich Law, P.C.;

    b. **For Defendant**: Healthcare HD LLC: Ryan D. Watstein and Megan E. Cambre of Watstein Terepka LLP.

Respectfully submitted this 9th day of September 2025.

        **WATSTEIN TEREPKA LLP**

        */s/ Ryan D. Watstein*
        Ryan D. Watstein
        Georgia Bar No. 266019
        Megan E. Cambre
        Georgia Bar No. 167133
        75 14th Street NE, Suite 2600
        Atlanta, Georgia 30309
        Tel. (404) 782-0695
        ryan@wtlaw.com
        mcambre@wtlaw.com

        *Counsel for Defendant Healthcare HD LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of September 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all counsel of record.

*/s/ Ryan D. Watstein*
Ryan D. Watstein