# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **Robert Lewis Jr.,** *on behalf of himself and others similarly situated,*<br>        **Plaintiff,**<br><br>**v.**<br><br>**Healthcare HD LLC,**<br><br>        **Defendant.** | **CASE NO.: 1:25-cv-02756-AT** |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.1(E)(4), Megan E. Cambre of Watstein Terepka LLP hereby gives notice of her withdrawal as counsel for Defendant Healthcare HD LLC. Healthcare HD LLC will continue to be represented by Ryan Watstein of Watstein Terepka LLP.

Respectfully submitted this 9th day of October 2025.

**WATSTEIN TEREPKA LLP**

*/s/ Megan E. Cambre*
Ryan D. Watstein
Georgia Bar No. 266019
Megan E. Cambre
Georgia Bar No. 167133
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel. (404) 782-0695
ryan@wtlaw.com
mcambre@wtlaw.com

*Counsel for Defendant Healthcare HD LLC*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of October 2025, I caused to be filed the foregoing NOTICE OF WITHDRAWAL using the Court's CM/ECF system, which will automatically email the document to all counsel of record.

_/s/ Megan E. Cambre_
Megan E. Cambre