AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Robert Lewis Jr. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-02756-AT |
| Healthcare HD LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Healthcare HD LLC.

Date:   11/24/2025

/s/ Matthew A. Keilson
*Attorney's signature*

Matthew A. Keilson, GA Bar No. 216676
*Printed name and bar number*

Watstein Terepka LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
*Address*

mkeilson@wtlaw.com
*E-mail address*

(678) 372-0408
*Telephone number*

*FAX number*