AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Robert Lewis Jr. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02756-AT |
| Healthcare HD LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Healthcare HD LLC   .

Date:   11/24/2025

/s/ Oyinkansola Y. Muraina
*Attorney's signature*

Oyinkansola Y. Muraina, GA Bar No. 357962
*Printed name and bar number*

Watstein Terepka LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
*Address*

omuraina@wtlaw.com
*E-mail address*

(404) 905-8999
*Telephone number*

*FAX number*