## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated,*<br><br>        Plaintiff,<br><br>v.<br><br>Healthcare HD LLC,<br><br>        Defendant. | CASE NO.: 1:25-cv-02756-AT |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO MOVE FOR CLASS CERTIFICATION

Having considered the Joint Motion to Extend Deadline to Move for Class Certification, and for good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff will have until April 16, 2026, to move for class certification.

**SO ORDERED** this ___ day of January 2026.

_____
The Honorable Amy Totenberg
Judge, Northern District of Georgia