IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Healthcare HD LLC,<br><br>    Defendant. | CASE NO.: 1:25-cv-02756-AT |

**ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINE TO MOVE FOR CLASS CERTIFICATION**

Having considered the Joint Motion to Extend Deadline to Move for Class Certification, and for good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff will have until April 16, 2026, to move for class certification.

**SO ORDERED** this 13th day of January 2026.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE