UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Robert Lewis Jr., *on behalf of himself and others similarly situated*,<br><br>   Plaintiff,<br><br>v.<br><br>Healthcare HD LLC<br><br>   Defendant. | Civil Action No.: 25-cv-2756<br><br>Jury Trial Demanded |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Respectfully submitted this 27th day of January, 2026.

/s/ *Anthony I. Paronich*
Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*